**Form CGFCRD4**   (11/28/05)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
### Division: Miami

Case Number: 04−12265−LMI

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Purity Products, Inc.
dba Purity Acquisition, Inc.
1800 NW 70 Ave
Miami, FL 33126

EIN: 58−2514109

```
CLERK
USBC
SDFL
FILED
3/13/06
```

## AMENDED NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held in the above matter on **March 29, 2006** at **01:30 PM,** at the following location:

**Claude Pepper Federal Bldg**
**51 SW First Ave Room 1409**

**Miami FL 33130**

to consider the following:

**Confirmation Hearing Re: First Amended Chapter 11 Joint Plan Of Reorganization By Debtor Purity Products, Inc., First and Final Application for Compensation for Gary L Diamond of XRoads Solutions Group LLC as Financial Advisor for the Official Committee of Unsecured Creditors, First and Final Application for Compensation for Robert P Charbonneau Esq (Michael D Seese of Kluger, Peretz, Kaplan & Berlin PL and Final Fee Application for Compensation for Gary L Diamond , Financial Advisor,(Berger Epstein & Garber PA)**

**THE MOVANT, OR MOVANT'S COUNSEL SHALL SERVE A COPY OF THIS NOTICE** and, unless previously served, the above−described pleading to all required parties within the time frames required by the Federal Rules of Bankruptcy Procedure, Local Rules, or orders of the Court, and shall file a completed certificate of service with the Court.

Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

All moving or objecting parties shall bring to the hearing a proposed order, sustaining their respective position.

Dated: March 13, 2006

**Karen Eddy**
**Clerk of Court**

By: Noemi Sanabria
Courtroom Deputy