UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

PURITY PRODUCTS, INC.,                      CASE NO. 04-12265-BKC-RAM
                                            CHAPTER 11

_____Debtors._____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of *Kluger, Peretz, Kaplan, & Berlin, PL's First and Final Application for Compensation and Reimbursement of Expenses, XRoads Solutions, LLC's First and Final Application for Compensation and Reimbursement of Expenses,* and *Berger Epstein & Garber PA's First and Final Application for Compensation and Reimbursement of Expenses,* complete with all exhibits were served via United States Mail to: United States Trustee's Office, 51 S.W. 1st Ave., Miami, Florida, 33130; and Counsel for Debtor, Susan S. Lasky, Lasky, Bigge & Rodriguez, P.A., 2101 North Andrews Avenue, Suite 405, Wilton Manors, Florida, 33311 on this ____ day of March, 2006.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

Respectfully submitted,

KLUGER, PERETZ, KAPLAN & BERLIN, P.L
Attorneys for Official Committee of Unsecured Creditors
Miami Center, 17th Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000

By: _____
Michael D. Seese
Fla. Bar No. 997323
mseese@kpkb.com