UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                                    Case No. 04-12265-BKC-LMI
                                                                                           Chapter 7
**PURITY PRODUCTS, INC.**
Tax Id: 58-2514109

                    Debtor(s)                    /

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate.  Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on February 9, 2009.  If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated:   February 9, 2009                                  /s/ Drew M. Dillworth
                                                                          DREW M. DILLWORTH, Trustee
                                                                          150 W. Flagler Street
                                                                          22nd Floor
                                                                          Miami, FL  33130
                                                                          Telephone: (305) 789-3598
                                                                          Telefax:  (305) 789-3395

**EXHIBIT "C"**
# FINAL DISTRIBUTION

Case Number: 04-12265    LMI                          Page 1                                   Date: February 9, 2009
Debtor Name: PURITY PRODUCTS, INC.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $0.00 |
| **Claim Type -** | | | | | | | | |
| | DREW M. DILLWORTH COMPENSATION | Admin | | $9,339.85 | $9,339.85 | $0.00 | $0.00 | $0.00 |
| | DREW M. DILLWORTH EXPENSES | Admin | | $171.27 | $171.27 | $0.00 | $0.00 | $0.00 |
| | DREW M. DILLWORTH PRIOR CHAPTER COMPENSATION | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DREW M. DILLWORTH PRIOR CHAPTER EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type** | | | $9,511.12 | $9,511.12 | $0.00 | $0.00 | |
| **Claim Type 2700-00 - Clerk of the Courts Costs (includes** | | | | | | | | |
| | U.S. Clerk of Court 51 SW First Ave. 15th FlooMiami, FL 33130r | Admin | 001 | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| | CLERK OF COURTS | Admin | 001 | $15.00 | $15.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 2700-00** | | | $2,515.00 | $2,515.00 | $0.00 | $0.00 | |
| **Claim Type 3210-00 - Attorney for Trustee Fees (Other** | | | | | | | | |
| | JIM MILLER, ESQ. 19 West Flagler Street Suite 416 Miami, FL 33130 | Admin | 001 | $56,341.50 | $56,341.50 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3210-00** | | | $56,341.50 | $56,341.50 | $0.00 | $0.00 | |
| **Claim Type 3220-00 - Attorney for Trustee Expenses** | | | | | | | | |
| | JIM MILLER, ESQ. 19 West Flagler Street Suite 416 Miami, FL 33130 | Admin | 001 | $3,061.67 | $3,061.67 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3220-00** | | | $3,061.67 | $3,061.67 | $0.00 | $0.00 | |
| **Claim Type 3410-00 - Accountant for Trustee Fees** | | | | | | | | |

**EXHIBIT "C"**

# FINAL DISTRIBUTION

| Case Number: 04-12265  LMI | | | Page  2 | | | | Date: February 9, 2009 |
|---|---|---|---|---|---|---|---|
| Debtor Name: PURITY PRODUCTS, INC. | | | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 3410-00 - Accountant for Trustee Fees** | | | | | | | |
| | KAPILA & COMPANY<br>ATTN: Soneet Kapila<br>1000 South Federal Highway, #200<br>Fort Lauderdale, FL  33316 | Admin | 001 | $5,080.60 | $5,080.60 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3410-00** | | | $5,080.60 | $5,080.60 | $0.00 | $0.00 | |
| | **Claim Type 3420-00 - Accountant for Trustee Expenses** | | | | | | | |
| | KAPILA & COMPANY<br>ATTN: Soneet Kapila<br>1000 South Federal Highway, #200<br>Fort Lauderdale, FL  33316 | Admin | 001 | $25.78 | $25.78 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3420-00** | | | $25.78 | $25.78 | $0.00 | $0.00 | |
| | **Claim Type 6700-14 - Attorney for Creditor's** | | | | | | | |
| | KLUGER PERETZ KAPLAN & BERLIN<br>c/o Deborah Talenfeld, Esq.<br>201 So. Biscayne Blvd.<br>Miami, Florida  33131 | Admin | 002 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 6700-14** | | | $25,000.00 | $25,000.00 | $0.00 | $0.00 | |
| | **Claim Type 6700-42 - Financial Consultant Fees** | | | | | | | |
| | BERGER EPSTEIN<br>c/o Gary L. Diamond<br>4651 Sheridan Street<br>Suite 300<br>Hollywood, FL  33021 | Admin | 002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | XROADS SOLUTIONS GROUP, LLC | Admin | 002 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 6700-42** | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type 6710-15 - Attorney for Creditor's** | | | | | | | |
| | KLUGER PERETZ KAPLAN & BERLIN<br>c/o Deborah Talenfeld, Esq.<br>201 So. Biscayne Blvd.<br>Miami, Florida  33131 | Admin | 002 | $10,984.92 | $10,984.92 | $0.00 | $0.00 | $0.00 |

EXHIBIT "C"
# FINAL DISTRIBUTION

Case Number: 04-12265    LMI          Page  3                                   Date: February 9, 2009
Debtor Name: PURITY PRODUCTS, INC.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Subtotal For Claim Type 6710-15** | | | $10,984.92 | $10,984.92 | $0.00 | $0.00 | |
| | **Claim Type 6710-43 - Financial Consultant Expenses** | | | | | | | |
| | XROADS SOLUTIONS GROUP, LLC | Admin | 002 | $9,033.83 | $9,033.83 | $0.00 | $0.00 | $0.00 |
| | BERGER EPSTEIN c/o Gary L. Diamond 4651 Sheridan Street Suite 300 Hollywood, FL 33021 | Admin | 002 | $242.51 | $242.51 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 6710-43** | | | $9,276.34 | $9,276.34 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative | 100.00000 % | | $121,796.93 | $121,796.93 | $0.00 | $0.00 | |
| | << Totals >> | | | $121,796.93 | $121,796.93 | $0.00 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.