UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                         Case No. 04-12265-BKC-LMI
                                                Chapter 7
**PURITY PRODUCTS, INC.**
Tax Id: 58-2514109

_____ Debtor(s) _____ /

## NOTICE OF DEPOSIT UNPRESENTED CHECKS

Notice is hereby given that:

(X)     The trustee has a balance of $9,276.34 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )     The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by FRBP 3010.

        Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

        WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

        I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 15th day of October, 2009, to debtor, attorney for debtor and Assistant United States Trustee, 51 S.W. First Avenue, Suite 1204, Miami, FL 33130.

                                        Drew M. Dillworth, Trustee
                                        150 W. Flagler Street
                                        22nd Floor
                                        Miami, FL  33130
                                        Telephone: (305) 789-3598
                                        Telefax: (305) 789-3395

PURITY PRODUCTS, INC.
04-12265-BKC-LMI
UNCLAIMED FUNDS

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
| 010 | XROADS SOLUTIONS GROUP, LLC | $9,033.83 |
| 012 | Berger Epstein<br>c/o Gary Diamond<br>4651 Sheridan Street<br>Suite 300<br>Hollywood, FL 33021 | $242.51 |